Quaranto, against Daniel Moynahan, as Collector of Assessments and Arrears of the City of New York. No opinion. Motion granted, without costs. See, also, 133 N. Y. Supp. 361.

PEOPLE ex rel. RUDMAN v. LEDERLE et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Proceeding by the People of the State of New York, on the relation of John Rudman, against Ernst J. Lederle and others. F. Gilbert, for relator. H. Crone, for respondents.

PER CURIAM. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

LAUGHLIN, J., dissents.

PEOPLE ex rel. SEA BEACH RY. CO. v. WILLIAMS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Proceeding by the People of the State of New York, on the relation of the Sea Beach Railway Company, against Clark Williams, as Comptroller of the State of New York. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. SOUTH BROOKLYN RY. CO. v. WILLIAMS, State Comptroller. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Proceeding by the People of the State of New York, on the relation of the South Brooklyn Railway Company, against Clark Williams, as Comptroller of the State of New York. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. STARRETT v. GILROY, City Magistrate. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Proceeding by the People of the State of New York, on the relation of Howard S. Starrett, against Eugene C. Gilroy, as City Magistrate. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. STEVES, Appellant, v. KRAFT et al., Civil Service Commission, Respondents. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Proceeding by the People of the State of New York, on the relation of Richard S. Steves, against John E. Kraft and others, constituting the Civil Service Commission of the State of New York. No opinion. Reargument ordered.

PEOPLE ex rel. VICTORY, Respondent, v. SPOONER, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Proceeding by the People of the State of New York, on the relation of Charles E. Victory, Jr., against Allen M. Spooner, as commissioner. No opinion. Final order affirmed, with costs. See, also, 133 App. Div. 924, 117 N. Y. Supp. 1144.

PEOPLE ex rel. WILLIAMS, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Proceeding by the People of the State of New York, on the relation of George H. Williams, against Francis G. Ward, Commissioner of Public Works of the City of Buffalo. No opinion. Appeal dismissed, upon stipulation filed. See, also, 72 Misc. Rep. 446, 130 N. Y. Supp. 290.

PEPPER, Appellant, v. LINCH, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Sabina Pepper, as administratrix, against George W. Linch, as receiver, etc. A. L. Pincoffs, for appellant. C. E. Chalmers, for respondent. No opinion. Order affirmed, with costs. Order filed.

PIERANO, Respondent, v. ELLIOTT, Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Louis Pierano against Paul Elliott. C. L. Pierce, for appellant. A. M. Thiery, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PLETTS, Appellant, v. BARTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by George H. Pletts against Ellen C. Barton and others. No opinion. Judgment affirmed, with costs.

POLLOCK, Respondent, v. QUEENS LAND & TITLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Fred J. Pollock against the Queens Land & Title Company. No opinion. Motion granted, without costs. See, also, 132 N. Y. Supp. 725.

POSCHMANN v. POSCHMANN. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Appeal from Trial Term, New York County. Action by Paul K. Poschmann against Richard P. Poschmann. From an order denying his motion for an injunction pendente lite, plaintiff appeals. Reversed, and motion granted. Morris Grossfield, Jr., for appellant. Paul M. Crandall, for respondent.

PER CURIAM. This is a case in which an injunction pendente lite should be granted to preserve the status quo until a trial can be had. The order appealed from will therefore be reversed, with $10 costs and disbursements, and the motion granted. The terms of the injunction and the amount of security to be given will be fixed on the settlement of the order.

PRESTON, Respondent, v. TUCK, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Henry L. Preston against Jacob Tuck.

PER CURIAM. Motion for leave to present the appeal upon the original stenographer's